```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|   |   |
|---|---|
| JCM CAPITAL CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>BROZA, BLOCK & RUBINO, P.A.,<br>et al.,<br><br>    Defendants/Third-Party<br>    Plaintiffs,<br><br>    v.<br><br>STERILTX, INC., et al.,<br><br>    Third-Party Defendants. | CIVIL ACTION NO. 03-857 (MLC)<br><br>**ORDER & JUDGMENT** |

For the reasons stated in the Court's memorandum opinion, **IT IS** on this    13th    day of October, 2005, **ORDERED** that the Court's order to show cause why the action should not be dismissed for lack of jurisdiction under 28 U.S.C. § 1332 (dkt. entry nos. 47 & 53) is **GRANTED;** and

**IT IS FURTHER ORDERED** that the cross motion to (1) dismiss the complaint insofar as asserted against the defendant Videre Group, LLP, and (2) for miscellaneous relief (dkt. entry no. 50) is **DENIED** as follows:

      **DENIED TO THE EXTENT** that the cross motion seeks to dismiss the complaint insofar as asserted against the defendant Videre Group, LLP, and

**DENIED WITHOUT PREJUDICE TO THE EXTENT** that the cross motion seeks other miscellaneous relief; and

**IT IS FURTHER ORDERED** that the separate motion for summary judgment (dkt. entry no. 58) is **DENIED WITHOUT PREJUDICE;** and

**IT IS FURTHER ORDERED** that the separate motion to dismiss (dkt. entry no. 60) is **DENIED WITHOUT PREJUDICE;** and

**IT IS FURTHER ADJUDGED** that the complaint is **DISMISSED** for lack of jurisdiction under Section 1332, **WITHOUT PREJUDICE** to the plaintiff to re-commence the action in an appropriate state court; and

**IT IS FURTHER ORDERED** that the plaintiff is **GRANTED LEAVE** to re-commence the action in an appropriate state court by **NOVEMBER 4, 2005;** and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                        s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge